FILED: January 14, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4024

(1:13-cr-00269-WDQ-5)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

RODNEY GOULD, a/k/a Goo

        Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:13-cr-00269-WDQ-5 |
| Date notice of appeal filed in originating court: | 01/13/2015 |
| Appellant (s) | Rodney Gould |
| Appellate Case Number | 15-4024 |
| Case Manager | Taline A. Fischer<br>804-916-2704 |